Pasquale Peluso
vs.
Keystone State Oil Company
}Pet. No. 1569.

March 16, 1934.

CHURCHILL, J. I will make this finding of fact; on undisputed testimony the Court finds that the petitioner here, Pasquale Peluso, sustained a fractured hip while in the employ of the respondent on the sixth day of January, 1933; that he was in the course of his employment at the time when the accident was suffered; that he was at that time earning; the average weekly earnings were $18.00 a week; that he has not been able to work since that time but has been since that date and is now suffering a total incapacity from working at his usual occupation; that the reasonable amount of the doctor's bill incurred on his behalf on account of the accident, injury, was $200.00 and the hospital bills were $188.20 for eight weeks succeeding the accident.

For petitioner: Joseph Veneziale, W. C. H. Brand.

For respondent: Sol S. Bromson.